**Electronically Filed
Supreme Court
SCWC-20-0000727
19-DEC-2024
12:41 PM
Dkt. 13 OGAC**

SCWC-20-0000727

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ROLAND S. GUIEB, individually and derivatively on behalf of
GUIEB INCORPORATED, Respondent/Plaintiff/Counterclaim
Defendant-Appellant/Cross-Appellee,

vs.

ROBERT S. GUIEB,
Petitioner/Defendant-Appellee/Cross-Appellant,

and

GUIEB INCORPORATED,
Petitioner/Defendant/Counterclaimant-Appellee/Cross-Appellant,

and

PACIFIC WELDING AND MANUFACTURING, LLC;
GUIEB GROUP LLC; RSG ENTERPRISES, LLC,
Petitioners/Defendants-Appellees/Cross-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000727; CASE NO. 1CC171001045)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Viola, in place of Devens, J., recused)

Petitioner/Defendant-Appellee/Cross-Appellant Robert S.

Guieb, Petitioner/Defendant/Counterclaimant-Appellee/Cross-

Appellant Gueib Incorporated, and Petitioners/Defendants-

Appellees/Cross-Appellants Pacific Welding and Manufacturing, LLC, Guieb Group LLC, and RSG Enterprises, LLC's application for writ of certiorari filed on November 6, 2024, is accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, December 19, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Matthew J. Viola

